**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor (State Bar No. 332334)
2500 S. Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Facsimile: 630-575-8188
E-Mail: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JESSICA REYNOLDS,<br><br>   Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>   Defendant. | Case No. 3:24-cv-02638-WHA<br><br>**NOTICE OF SETTLEMENT** |

    PLEASE TAKE NOTICE JESSICA REYNOLDS, ("Plaintiff"), hereby notifies the Court that the Plaintiff and CREDENCE RESOURCE MANAGEMENT, LLC, ("Defendant"), have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all

proceedings until that time.

Respectfully submitted this 13th day of August 2024.

        s/ Alexander J. Taylor
        Alexander J. Taylor
        Sulaiman Law Group, Ltd.
        2500 South Highland Avenue, Suite 200
        Lombard, IL 60148
        (630) 575-8181
        ataylor@sulaimanlaw.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

        s/ Alexander J. Taylor
        Alexander J. Taylor